FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jonathan Javier Martinez<br>　　　　　Defendant. | 15-00561 M<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(X)　the appearance of defendant as required; and/or

　　(B)　(X)　the safety of any person or the community.

//

//

1  The court concludes:

2  A.  [X]  Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         Prior criminal history including violence & weapons
6         offenses; history of non-compliance;
7         subsequent arrest while on probation

10 (B)  [X]  Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
12        No background information provided; unknown
13        residential history; illegal immigration
14        status; prior deportations; use of multiple
15        aliases/DOB's; no available bail
16        resources; history of non-compliance;
        subsequent arrest while on probation

17 IT IS ORDERED that defendant be detained.

19 DATED: 4/2/2015

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2